IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA HASKELL                          :

      v.                              :          Civil Action No.: 07-1208 RMC

UNITED STATES OF AMERICA                :

## LINE OF APPEARANCE

Madame Clerk:

      Please enter the appearance of Spencer M. Hecht, and the law firm of Hecht & Associates, on behalf of the Plaintiff, Alicia Haskell, in the above-captioned matter. Thank you.

      Respectfully Submitted,

      HECHT & ASSOCIATES

        /s/
      Spencer M. Hecht (Bar #484059)
      801 Wayne Avenue
      Suite 400
      Silver Spring, Maryland 20910
      P: (301) 587-2099
      F: (301) 587-2044
      Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2007, I served the foregoing "Line of Appearance" on the following persons via U.S. Mail, first-class, postage prepaid, in addition to standard ECF filing:

Ariana Wright Arnold, Esq
Office of the United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
Counsel for the Defendant

Michael Wein, Esq.
Law Offices of Michael Wein
7829 Belle Point Drive
Greenbelt, Maryland 20770

                                            __/s/_____
                                            Spencer M. Hecht