UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA HASKELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case Number:  1:07CV1208 (RMC) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: August 1, 2007                                Respectfully submitted,


                                   /s/      Robin M. Meriweather
                              ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C.  20530
                              Phone: (202) 514-7198
                              Fax: (202) 514-8780
                              Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

**Spencer Michael Hecht**
HECHT & ASSOCIATES
8630 Fenton Street
Suite 822
Silver Spring, MD 20910


    /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114