UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA HASKELL, ) | |
| ) | |
| Plaintiff, ) | No. 07-1208 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ANSWER

Defendant United States of America, hereby answers plaintiff's complaint as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The suit is barred by contributory negligence.

### SPECIFIC RESPONSES

### The Parties

1. Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 1, and therefore denies them.

2. Admit.

### Jurisdiction

3. Paragraph 3 contains plaintiff's statement of jurisdiction to which no response is required. To the extent the allegations of Paragraph 3 purport to characterize the requirements

of 28 U.S.C. § 1346(b)(1), Defendant respectfully refers the Court to that statutory provision for a true and complete statement of its requirements, and denies all contrary allegations.

    4. Paragraph 4 contains plaintiff's statement of jurisdiction to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations of Paragraph 4.

    5. Admit.

## Facts Common to All Counts

    6. Defendant admits that on or about December 4, 2004, plaintiff was walking along 18th Street N.W., in the Adams-Morgan section of Washington D.C. Defendant denies that this occurred at approximately 2:00 a.m., and states that it was approximately 1:30 a.m. Defendant lacks knowledge sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6, and therefore denies them.

    7. Admit.

    8. Defendant denies that Officer Littlejohn lacked cause or provocation to discharge his pepper spray. Defendant admits the remaining allegations of Paragraph 8.

    9. Defendant admits that Officer Littlejohn intervened in a physical altercation between plaintiff and another female and in doing so stopped plaintiff from further movement by placing her in a control position and forcing her down to the sidewalk. Defendant lacks knowledge sufficient to form a belief as to the truth of plaintiff's allegation that she was sprayed in the face with pepper spray and walked away from the crowd trying to clear her eyes of the pepper spray. Defendant denies the remaining allegations of Paragraph 9.

10. Defendant admits the first sentence of paragraph 10. Defendant denies the remaining allegations of Paragraph 10.

11. Defendant admits that plaintiff's front two teeth were knocked out during the events of December 4, 2004. Defendant denies the remaining allegations of Paragraph 11.

12. Denied.

13. Admit.

14. Admit. Defendant further responds that Officer Littlejohn faced trial from May 21, 2007 to May 30, 2007, at which time the Court granted his motion for acquittal of all criminal charges for his conduct and actions on December 4, 2004.

## COUNT I
### (Assault)

15. Defendant incorporates its responses to paragraphs 1-14 as if set forth herein.

16. Denied.

17. The allegations of Paragraph 17 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, the Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 17, and therefore denies them..

18. The allegations of Paragraph 18 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 18, and therefore denies them..

19. The allegations of Paragraph 19 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, the Defendant lacks knowledge

sufficient to form a belief as to the truth of the allegations of Paragraph 19, and therefore denies them.

20. The allegations of Paragraph 20 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 20, and therefore denies them.

The remaining paragraph is a prayer for relief to which no response is required. To the extent a response is deemed necessary, Defendant denies that plaintiff is entitled to any relief.

### **COUNT II**
### **(Battery)**

21. Defendant incorporates its responses to Paragraphs 1-20 as if set forth herein.

22. Denied.

23. Denied.

24. The allegations of Paragraph 24 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 24, and therefore denies them.

25. The allegations of Paragraph 25 state a conclusion of law to which no response is required. To the extent a response is deemed necessary, Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 25, and therefore denies them.

The remaining paragraph is a prayer for relief to which no response is required. To the extent a response is deemed necessary, Defendant denies that plaintiff is entitled to any relief.

Defendant respectfully requests and reserves the right to amend, alter or supplement the responses and defenses contained in this answer as the facts and circumstances giving rise to the complaint become known to it.

WHEREFORE, having fully answered, Defendant respectfully requests that this action be dismissed with prejudice and that the Court grant Defendant its costs and such other relief as may be appropriate.

August 28, 2007                                             Respectfully submitted,


    /s/ Jeffrey A. Taylor, by MJ
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/ Rudolph Contreras, by MJ
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7198
(202) 514-8780 (facsimile)
Robin.Meriweather2@usdoj.gov


Of Counsel:

Perri S. Rothemich, Esq.
U.S. Department of the Interior
Office of the Solicitor
Division of General Law
1849 C. St. N.W. MS 7308
Washington, D.C. 20240
(202) 219-2140