**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALICIA HASKELL, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number: 1:07CV1208 (RMC) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RULE 16.3 REPORT**

Defendant the United States of America, through undersigned counsel, hereby respectfully moves for an enlargement of time of 2 business days, up to and including October 22, 2007, in which to submit the joint Rule 16.3 Report. The report would otherwise be due October 18, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant contacted counsel for Plaintiff to request Plaintiff's position on this motion, and Plaintiff consents to the motion.

There is good cause to grant this motion. The parties have met and conferred concerning the Rule 16.3 matters, and appear to be in agreement on most of the scheduling issues. The parties have made a good faith effort to complete those discussions and submit the Rule 16.3 Report in advance of the current deadline. Counsel for Defendant intended to review Plaintiff's revisions to the draft 16.3 Report October 18, 2007, and then finalize and file the Report that evening. However, counsel for Defendant will be out of the office the afternoon and evening of October 18, 2007 for a deposition which was rescheduled to accommodate the witness's last-minute conflict. Counsel for Defendant will not have access to her computer prior to the

deposition on October 18, 2007, due to mandatory system upgrades. The requested enlargement also will give counsel for Plaintiff additional time to discuss and review the draft Report.

Defendant has sought no prior enlargements of time in this matter. Granting this enlargement will not prejudice either party.

Dated: October 17, 2007                    Respectfully submitted,


                                           /s/ by RMM
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney


                                           /s/ by RMM
                                           RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney


                                           /s/    Robin M. Meriweather
                                           ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                           Assistant United States Attorney
                                           555 Fourth St., N.W.
                                           Washington, D.C.  20530
                                           Phone: (202) 514-7198
                                           Fax: (202) 514-8780
                                           Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2007, I caused the foregoing to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

**Spencer Michael Hecht**
HECHT & ASSOCIATES
8630 Fenton Street
Suite 822
Silver Spring, MD 20910


    /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICIA HASKELL,               )<br>                                           )<br>         Plaintiff,              )<br>                                           )<br>    v.                              )<br>                                           )<br> UNITED STATES OF AMERICA, )<br>                                           )<br>         Defendant.           )<br>                                           ) | Case Number: 1:07CV1208 (RMC) |

**ORDER**

Upon consideration of Defendant's consent motion for an enlargement of time to submit the Rule 16.3 Report, it is this _____ day of _____, 2007,

ORDERED that the motion be and hereby is GRANTED;

It is further ORDERED that the parties shall submit a joint Rule 16.3 Report on or before September 22, 2007.

SO ORDERED.

_____
United States District Judge