UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ALICIA HASKELL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:07-CV-1208 (RMC) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Defendant** | ) |

### Entry of Appearance

Dear Clerk of the Court:

Please enter the Appearance of Michael Wein, Esquire, as attorney for the Plaintiff, Alicia Haskell with co-counsel Spencer Hecht, Esquire.

Respectfully Submitted,

Michael Wein
Belle Point Office Park
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 441-1151
Fax-(301) 474-7559
Bar Number—(MD) 15950
weinlaw@hotmail.com

## Certificate of Service

I CERTIFY that on this 22nd day of October 2007, I caused a copy of the foregoing to be served via Electronic Filing, with notice to:

Robin M. Meriweather, Esquire
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7198
Fax- (202) 514-8780
Attorney for Defendant United States of America

_____
Michael Wein, Esquire