## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) |  |
| **ALICIA HASKELL,** ) |  |
| ) |  |
| **Plaintiff,** ) |  |
| ) |  |
| **v.** ) | **Civil Action No. 07-1208 (RMC)** |
| ) |  |
| **UNITED STATES OF AMERICA,** ) |  |
| ) |  |
| **Defendant.** ) |  |
| ) |  |

### SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on October 25, 2007, it is hereby **ORDERED** that:

1.  Defendant shall, by no later than December 10, 2007, produce to Plaintiff all materials that were previously produced by the Government in discovery or were used as exhibits in the related criminal proceeding against Officer John Edgar Littlejohn.

2.  Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

3.  Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

4.      A further status conference is scheduled for 10:00 a.m. on March 28, 2008, to evaluate the

results of mediation, to which a separate referral order will issue.

6.      This schedule shall not be modified, even where all parties consent, except upon a showing

of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: October 25, 2007                                    _____/s/_____
                                                         ROSEMARY M. COLLYER
                                                         United States District Judge