UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA HASKELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case Number: 1:07CV1208 (RMC) |

**NOTICE OF RELEASE OF DOCUMENTS**

In accordance with this Court's October 26, 2007 Scheduling Order, Defendant the United States of America hereby provides notice that it has released to Plaintiff documents from the related criminal proceedings against Officer John Edgar Littlejohn. Specifically, Defendant has served upon Plaintiff's counsel: (1) copies of the discovery and <u>Jencks</u> materials that the federal prosecutor provided to Officer Littlejohn's defense attorney; and (2) copies of the exhibits used at the criminal trial.

Dated: December 10, 2007        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/   Robin M. Meriweather
　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2007, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system, and that I caused a copy of the documents referenced in this notice to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

**Spencer Michael Hecht**
HECHT & ASSOCIATES
8630 Fenton Street
Suite 822
Silver Spring, MD 20910

  /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114